# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut Corporation<br><br>        Plaintiff,<br><br>  vs.<br><br>HUME LAKE CHRISTIAN CAMPS, INC., a California Nonprofit Corporation,<br><br>        Defendant. | CASE NO. 1:18-CV-00025-DAD-SKO<br><br>**ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE**<br><br>New Date:   February 27, 2018<br>New Time:  10:30 a.m.<br><br>CTRM:     #7 (6th Floor)<br><br>Sheila K. Oberto<br>U.S. Magistrate Judge |

1    Before the Court is the parties' joint stipulation requesting a continuance of
2    the Scheduling Conference currently set for February 13, 2018.  (Doc. 18.)  The
3    parties indicate that Plaintiff's lead trial counsel is scheduled to be out of the country
4    the week of February 13, 2018.  (*Id.*)  Based on the parties' stipulation, and for good
5    cause shown, IT IS HEREBY ORDERED that the Scheduling Conference currently
6    set for February 13, 2018, is **CONTINUED to February 27, 2018, at 10:30 a.m.** in
7    Courtroom 7, before Magistrate Judge Sheila K. Oberto.  The parties may attend the
8    Scheduling Conference telephonically by coordinating a single call to the Court at
9    (559) 499-5790.

**The parties shall file their Joint Scheduling Report by no later than February 20, 2018.**

IT IS SO ORDERED.

Dated:   **January 26, 2018**                    /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE