# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut Corporation,<br><br>Plaintiff,<br><br>v.<br><br>HUME LAKE CHRISTIAN CAMPS, INC., a California Non-Profit Corporation,<br><br>Defendant.<br><br>_____<br><br>HUME LAKE CHRISTIAN CAMPS, INC., a California Non-Profit Organization,<br><br>Counterclaimant. | Case No. 1:18-cv-00025-DAD-SKO<br><br>**ORDER EXTENDING TIME FOR PLAINTIFF TO RESPOND TO INITIAL COUNTERCLAIM**<br><br>(Doc. 28) |

On January 26, 2018, the parties filed a Stipulation to Extend Travelers' Time to Respond to Initial Counterclaim Pursuant to Local Rule 144(A) (the "Stipulation"). (Doc. 28.) The Stipulation seeks to extend the time for Plaintiff-Counterdefendant Travelers Property Casualty Company of America ("Plaintiff-Counterdefendant") to file and serve its response to the initial counterclaim filed by Defendant-Counterclaimant Hume Lake Christian Camps, Inc., to March 13, 2018. (*Id.*)

Pursuant to E.D. Cal. L.R. 144(a), **IT IS ORDERED that the deadline for Plaintiff-Counterdefendant to file and serve its response to Defendant-Counterclaimant's initial**

counterclaim is hereby extended to March 13, 2018.  This extension does not alter any other scheduled deadlines.

IT IS SO ORDERED.

Dated:     **March 6, 2018**                                          /s/ *Sheila K. Oberto*
                                                                                   UNITED STATES MAGISTRATE JUDGE