# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HUME LAKE CHRISTIAN CAMPS, INC., a California Non-Profit Organization,<br><br>Defendant. | Case No. 1:18-CV-00025-DAD-SKO<br><br>Assigned to Honorable Dale A. Drozd Courtroom 5, 7th Floor<br><br>**ORDER ADVANCING SETTLEMENT CONFERENCE**<br><br>**(Doc. 32)**<br><br>[Filed with Stipulation]<br><br>**Current Date: December 7, 2018 at 10:00 a.m., in Courtroom 7**<br><br>**New Date: May 30, 2018 at 10:00 a.m., in Courtroom 7** |
| HUME LAKE CHRISTIAN CAMPS, INC., a California Non-Profit Organization,<br><br>Counterclaimant,<br><br>vs.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Counterdefendant. | |

# ORDER

Pursuant to the stipulation by Plaintiff and Counterdefendant Travelers Property Casualty Company of America and Defendant and Counterclaimant Hume Lake Christian Camps, Inc., the Court hereby advances the Settlement Conference scheduled on December 7, 2018 at 10:00 a.m. in Courtroom 7 to May 30, 2018 at 10:00 a.m. in Courtroom 7.

IT IS SO ORDERED.

Dated: **May 8, 2018**     /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE